## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KENNETH HOPKINS, JR.**, on behalf of
himself and all others similarly situation,

      Plaintiff,

v.                                         Case No.: 8:21-cv-00646-MSS-AEP

**CHIPOTLE MEXICAN GRILL, INC.**
and DOES 1-50 inclusive,

      Defendant.

_____/

## <u>DECLARATION OF JASON SCOGGINS</u>

I, Jason Scoggins, hereby declare as follows:

1.      I make this declaration in support of Chipotle Mexican Grill, Inc.'s ("Chipotle") Motion to Compel Arbitration And Stay Action. I am over the age of eighteen and have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently as to them.

2.      I am currently employed as Director – Loyalty & CRM for Chipotle. In this position, I am responsible for brand building, customer engagement and loyalty programs, and customer acquisition and retention programs, including the Chipotle Rewards program.  I have knowledge and information regarding, and am familiar with, Chipotle's business operations, its website and mobile application ("App"), its Rewards Member program, its Rewards Terms & Conditions, and its Terms of Use.

3.      Chipotle owns and operates an international chain of "fast casual" restaurants that serve a focused menu of Mexican fare, consisting primarily of burritos, tacos and salads. Chipotle also provides and maintains an online marketplace (https://www.chipotle.com/) and App on which customers may

DocuSign Envelope ID: 0DE56003C-B980-401F-A8E0-69B46A55447C

purchase food for in-store pickup or delivery.

4.      Chipotle customers have the option to enroll in the Chipotle Rewards Program through Chipotle's website or App. The Chipotle Rewards Program allows customer to earn points to receive free Chipotle entrees and other benefits, such as free chips and guacamole and yearly birthday rewards.

5.       In March 2019 and today, the sign-up screen on Chipotle's website contains several blank fields requiring potential Rewards Members to enter their name, email address, mobile number, country, birthday, and to create a password. The potential Rewards Member must affirmatively select the "Create Account" button, which is the only button that will allow the user to continue use of the website. Directly underneath the "Create Account" button, is the following statement:

> By creating this account, I am confirming I am 13 years of age or older, will be automatically enrolled in Chipotle Rewards, will receive email updates, promotions, and offers from Chipotle, and agree to <u>Chipotle's Privacy Policy</u>, <u>Terms of Use</u> and <u>Chipotle Rewards Terms & Conditions</u>.

The sentence is presented in brown typeface to contrast the white background, with underlined phrases to denote hyperlinks.  The following is a true and correct copy of the Rewards Program sign-up screen in place in March 2019 and today on Chipotle's website:

6.      In March 2019 and today, the sign-up screen on Chipotle's App contains several blank fields requiring potential Rewards Members to enter their name, email address, mobile number, country, birthday, and to create a password. The potential Rewards Member must affirmatively select the "Create Account" button, which is the only button that will allow the user to enroll as a Rewards Member and continue use of the website. Directly underneath the "Create Account" button, is the following statement:

> By joining Chipotle Rewards, you are confirming that you are 13 years of age or older, will receive email updates, promotions and offers from Chipotle, and agree to Chipotle's **Privacy Policy** and **Terms & Conditions** of the program.

DocuSign Envelope ID: 0DE6003C-B980-401F-A8E0-69B46A55447C

The sentence is presented in brown typeface to contrast the white background, with bold phrases to denote hyperlinks.  The following is a true and correct copy of the Rewards Program sign-up screen in place in March 2019 and today on Chipotle's App:



7.      When enrolling in the Chipotle Rewards Program, Reward Members thus agree to Chipotle's Rewards Terms & Conditions.  True and correct copies of the Rewards Terms & Conditions in effect as of March 8, 2019 and February 9, 2020 are attached hereto as Exhibits A and B, respectively.

8.       When enrolling in the Chipotle Rewards Program, Reward Members also agree to Chipotle's Terms of Use.  True and correct copies of the Terms of Use in effect March 2019 and today are attached hereto as Exhibit C.

9.      Both the Rewards Terms & Conditions and the Terms of Use contain

DocuSign Envelope ID: 0DE6003C-B980-491F-A8E0-69B46A56447C

an arbitration agreement and class action waiver.  *See* Exhibits A-C.

10.     When a customer signs up as a Rewards Member and selects the "Create Account" button, the event is automatically appended to the customer's digital profile in Chipotle's electronic business records. Chipotle also records Rewards Members' purchase activity and rewards redemptions in customers' digital profile.  Chipotle's electronic business records for customers' digital profiles are maintained in the ordinary course of business and are created at or near the time of inception.

11.     Chipotle's electronic business records for Kenneth Hopkins' ("Mr. Hopkins") digital customer profile reflects that, on March 21, 2019, Mr. Hopkins signed up as a Chipotle Rewards Member, meaning he completed the sign-up flow on Chipotle's website or App, selected the "Create Account" button on that date, and agreed to the Rewards Terms and Conditions and Terms of Use in effect on that date.  A true and correct copy of Mr. Hopkins digital customer profile is attached hereto as Exhibit D.  Personal information has been redacted.

12.     Mr. Hopkins' digital customer profile reflects that Mr. Hopkins made numerous purchases at Chipotle after becoming a Rewards Member, accrued over 700 rewards points and, in August 2020, redeemed free chips and guacamole.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of May 2021 at Newport Beach, California

Jason Scoggins

DocuSign Envelope ID: 0D56003C-B980-491F-A8E0-69B46A55447C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2021, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record listed below.

*/s/ Amanda E. Reagan*
Attorney

## SERVICE LIST

D. Michael Campbell
**CAMBPELL LAW**
PO Box 24358
Lakeland, FL
Telephone: (863) 227-4315
Fax: (863) 213-4581
Email: dmcampbell@campbelllaw.com

Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)
Craig S. Davis (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Ste 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Fax: (612)339-0981
Email: rkshelquist@locklaw.com
        rapeterson@locklaw.com
        csdavis@locklaw.com
*Attorneys for Plaintiff*
*Kenneth Hopkins, Jr.*

DocuSign Envelope ID: 0DE6003C-B920-401F-A8E0-69B46A55447C

# EXHIBIT A

DocuSign Envelope ID: 0DE6003C-B980-491F-A8E0-C9B46A56447C



# CHIPOTLE REWARDS - TERMS & CONDITIONS

### TERMS AND CONDITIONS OF PARTICIPATION – CHIPOTLE REWARDS PROGRAM

Last Updated: March 8, 2019

**PLEASE READ THESE TERMS CAREFULLY. BY REGISTERING FOR, RECEIVING OR USING A CHIPOTLE REWARDS LOYALTY ACCOUNT OR OTHERWISE PARTICIPATING IN A CHIPOTLE REWARDS PROGRAM, YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS OF PARTICIPATION, INCLUDING WITHOUT LIMITATION, THE ARBITRATION AGREEMENT AND CLASS ACTION WAIVER INCLUDED BELOW, AND ANY ADDITIONAL TERMS INCORPORATED HEREIN BY REFERENCE. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT PARTICIPATE IN ANY CHIPOTLE REWARDS PROGRAM.**

## GENERAL APPLICATION OF TERMS; PRIVACY

These Terms and Conditions of Participation (the "**Chipotle Rewards Terms**") apply to any access to and/or participation in the Chipotle rewards programs ("**Chipotle Rewards**") which are operated by CMG Strategy Co., LLC, on behalf of the Chipotle Mexican Grill group of affiliated companies (collectively, "**Chipotle**"). These Chipotle Rewards Terms do not alter in any way the terms or conditions of any other agreement you may have with Chipotle for other products and services, or the terms or conditions of any other promotional offers or programs conducted by Chipotle from time to time. Please read the Privacy Policy at **privacy-policy** carefully to understand how Chipotle collects, uses and discloses information about customers and how to update or change your personal information and how Chipotle communicates with you.

## ELIGIBILITY

Chipotle Rewards is open to legal residents of the 50 United States of America and Washington, D.C., Chipotle Rewards and earned loyalty points are intended for personal use only. Commercial use is prohibited. Chipotle Rewards is not targeted toward, nor intended for use by, anyone under the age of 13. If you are between the ages of 13 and 18, you may only participate in Chipotle Rewards under the supervision of a parent or legal guardian who agrees to be bound by these Chipotle Rewards Terms.

## HOW CHIPOTLE REWARDS WORKS

Participants in Chipotle Rewards may accumulate loyalty "points" that entitle the participant to Chipotle Rewards benefits, or "Rewards," at participating Chipotle restaurants in the United States and Washington D.C. Redemption of Rewards is subject to availability, and Rewards may not be redeemed in combination with other promotions, special offers, discounts or coupons. Loyalty points are awarded with each qualifying purchase in relation to the amount spent at participating U.S. Chipotle Mexican Grill restaurants. Purchases begin accumulating points upon the first presentation of a digital Chipotle Rewards account at the time of a qualifying purchase.

## HOW TO ENROLL

To enroll in Chipotle Rewards and begin accumulating points: (i) participants who have not created an account through the Chipotle mobile ordering app, must first create an account and agree to participate in Chipotle Rewards, which may at the participant's option include opting-in to receive marketing communications from Chipotle via e-mail or SMS or other text message communication (participants are not required to opt-in to receive marketing communications in order to participate in Chipotle Rewards); and (ii) participants who already have an account can join Chipotle rewards by following the "Join Now" in the Chipotle mobile ordering app.

Registration may require you to provide your first name, last name, username, password, email address (required in order to receive all eligible Rewards), and marketing preferences, and you may also elect to provide other information, including your mobile telephone number and birthday.

If you change your account address to one that is not located within the 50 United States or Washington D.C., your Chipotle Rewards account will be deactivated. Once deactivated, you will no longer be able to accumulate points or receive or redeem Rewards under your Chipotle Rewards account. Previously credited Rewards may also expire as described below.

You may only have one Chipotle Rewards account registered to you, and additional accounts in your name or otherwise controlled by you may be deactivated at Chipotle's sole discretion.

## ACCUMULATING POINTS

You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) at **order.chipotle.com** or via the Chipotle mobile ordering app. Points will not be awarded for purchases at **order.chipotle.com** if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these

DocuSign Envelope ID: 0DE56003C-B900-401F-A8E0-69B46A55447C

conditions in its sole discretion and only upon provision of a valid receipt by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit.  In no event will Chipotle award points to any Chipotle Rewards account for more than (a) two purchases on one transaction date; (b) two purchases within one calendar week; or (c) four purchases within one calendar month.

In order to accumulate points, qualifying purchases must be paid in cash, with a valid debit or credit card, or with a valid Chipotle gift card; purchases using other currency or promotional offers (such as Burrito Bucks or redemption of a Reward) will only accrue points for the amounts paid in cash, if any. Qualifying orders must total at least $1.00 (excluding sales tax and subject to the other exclusions set forth in the next paragraph) in order to accumulate points. Each Chipotle Rewards participant account is limited to three qualifying purchases per day. Purchases of multiple menu items in a single transaction, may count as no more than one qualifying purchase.

Some exclusions apply. For example, purchases of alcoholic beverages or Chipotle gift cards (including activations or reloads) do not accumulate points. Taxes, tips, donations, and fees, including without limitation, delivery fees, bag fees and recycling deposits, will also be excluded from a purchase total when computing qualifying purchases. Purchases at Chipotle restaurants in the United Kingdom, France, Germany, and Canada, or at Pizzeria Locale or other restaurant concepts in which Chipotle has an interest, will not qualify toward accumulation of points, regardless of whether a Chipotle Rewards account is presented at the time of purchase.

If you void or cancel a qualifying purchase credited toward accumulation of points, Chipotle reserves the right to deduct the points associated with that purchase from your account.

## REWARDS

Generally, once a Chipotle Rewards participant accumulates points sufficient to qualify the participant for a Reward, the Reward will be automatically added to the participant's account within 48 hours. When a Reward is added to a participant's account, the associated points will be deducted from the account.

Rewards earned as a result of the accumulation of points (a "Base Reward") will be valid at participating Chipotle restaurants for one free, standard, regular-priced entrée item, subject to availability. Rewards earned in connection with challenges or other special promotions as part of Chipotle Rewards will be valid for additional offers as described in connection with such Rewards.

Except as otherwise provided in these Chipotle Rewards Terms or in the terms communicated in connection with any Reward, Rewards expire if not used within 60 days after they have been added to a participant's account. Redemption of Rewards is subject to availability of the selected Rewards at the time of redemption. A digital Reward coupon associated with a valid Chipotle Rewards account will be required to redeem any Reward.

Rewards may not be redeemed at Chipotle restaurants in the United Kingdom, Canada, France and Germany, or at Pizzeria Locale or other restaurant concepts in which Chipotle has an interest.

## TRACKING YOUR ACCOUNT

Chipotle Rewards participants can view and track qualifying purchases and available Rewards by logging into participant's account at order.chipotle.com/account/login or via the Chipotle mobile ordering app.. Chipotle reserves the right to change the number of points required to earn Rewards and/or the benefits associated with one or more Rewards in its sole discretion at any time. Rewards points expire after six months of account inactivity, unless sooner terminated as a result of an account being deactivated as provided herein.

## SPECIAL OFFERS

In addition to Base Rewards, Chipotle may from time to time in its sole discretion make available to participants in Chipotle Rewards the ability to earn additional Rewards through special bonuses or other promotions, or to earn bonus points or other prizes or program benefits. The terms and conditions applicable to any such Rewards, challenges, promotions, prizes or benefits will be determined by Chipotle in its sole discretion and communicated to participants in conjunction with any such offers. Because any terms and conditions associated with any special offers under Chipotle Rewards may be different from or in addition to provisions of these Terms and Conditions, you should read any such special offer terms and conditions carefully before participating in any special offer.

## LIMITATIONS, RESTRICTIONS AND OTHER TERMS

Your digital Chipotle Rewards card, ID number, scannable code or other identifier associated with the Chipotle Rewards account and any accumulated Rewards are personal to you and may not be sold, transferred or assigned to, or shared with, family, friends or others, or used by you for any commercial purpose. You may have only one Chipotle Rewards account.

Chipotle's determinations of participant eligibility or any questions or disputes arising under the Chipotle Rewards Program, these Chipotle Rewards Terms or any other Chipotle Rewards program rules or restrictions shall be final and binding and not subject to challenge or appeal. Nothing in these Chipotle Rewards Terms will limit Chipotle from exercising any legal or equitable rights or remedies that it may have.

Without notice to you, Chipotle reserves the right to suspend any Chipotle Rewards card and/or terminate your account and/or your participation in Chipotle Rewards if Chipotle determines in its sole discretion that you have violated these Chipotle Rewards Terms, you have more than one Chipotle Rewards account, or that the use of your Chipotle Rewards account is unauthorized, deceptive,

fraudulent, unlawful, or intentionally subverts the purposes of these Chipotle Rewards Terms, Chipotle may, in its sole discretion, suspend, cancel or combine accounts that appear to be duplicative. In the event that your participation in Chipotle Rewards is terminated, then all accumulated points and Rewards in your account are void.

There are no membership fees associated with Chipotle Rewards, although use of online services in conjunction with participation in Chipotle Rewards programs may result in data charges, internet access fees or similar expenses. Neither points nor Rewards accumulated under the program have any cash value, nor may they be redeemed for cash or sold, auctioned, bartered, brokered, purchased, transferred, assigned or used to engage in any gambling activity. Any Rewards obtained in this manner by any person or entity will be considered to have been fraudulently obtained and deemed void and such Rewards may be confiscated or cancelled.

Chipotle is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers, or providers, computer equipment, software, failure of any e-mail as a result of technical problems or traffic congestion on the Internet or at any website, or any combination thereof, including, without limitation, any resulting error in computing qualifying purchases or any unavailability of Rewards, or any injury or damage to any participant's or any other person's computer or mobile device related to or resulting from participation in Chipotle Rewards. If, for any reason, the Chipotle Rewards program is not capable of running as planned, including due to errors of any kind or nature, infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the control of Chipotle which corrupt or affect the administration, security, fairness, integrity or proper conduct of any Chipotle Rewards program, Chipotle reserves the right in its sole discretion to cancel, terminate, modify, or suspend the Chipotle Rewards program or otherwise respond to the circumstances as Chipotle deems appropriate.

## CHANGES TO CHIPOTLE REWARDS

Chipotle reserves the right to change, update and/or discontinue, in whole or in part, Chipotle Rewards or any portion of the program, all or any portion of these Chipotle Rewards Terms, and/or any policy, FAQ, guidelines or disclosures pertaining to Chipotle Rewards, at any time in its sole discretion and without advance notice to you or any other participants. Unless otherwise specified, any changes or modifications will be effective immediately upon posting the revisions to **our terms**, and you waive any right you may have to receive specific notice of such changes or modifications. If we change or modify the Chipotle Rewards Terms, we will revise the "last updated" date located at the top of these Chipotle Rewards Terms. Your participation in Chipotle Rewards confirms your acceptance of these Chipotle Rewards Terms and any such changes or modifications; therefore, you should review these Chipotle Rewards Terms and applicable policies and FAQs frequently to understand the terms and conditions that apply to Chipotle Rewards. If you do not agree to the Chipotle Rewards Terms, you must stop participating in Chipotle Rewards.

## DISPUTE RESOLUTION – ARBITRATION AGREEMENT AND CLASS ACTION WAIVER

You agree that any claim, controversy or dispute (whether in contract, tort, or otherwise) you may have at law or in equity against Chipotle, any related entity, or any of their respective officers, directors, employees or agents (all such individuals and entities collectively referred to herein as the "**Chipotle Rewards Entities**") arising out of or relating in any way to Chipotle Rewards, your participation in any Chipotle Rewards program, these Chipotle Rewards Terms or the scope or applicability of this agreement to arbitrate (each, a "**Chipotle Rewards Dispute**") will be resolved in accordance with the provisions set forth in the following paragraph. Please read this paragraph carefully. It affects your rights and will have a substantial impact on how Chipotle Rewards Disputes are resolved. You agree that whenever you have a Chipotle Rewards Dispute, you will send a written notice to Chipotle ("**Demand**"). You agree that the requirements of this paragraph will apply even to disputes that may have arisen before you accepted these Chipotle Rewards Terms. You must send the Demand to the following address (the "**Notice Address**"): Chipotle Rewards Legal Disputes, 610 Newport Center Drive, Suite 1300, Newport Beach, California, 92660. You agree that you will not take any legal action, including filing a lawsuit or demanding arbitration, until 10 business days after you send a Demand. If the disagreement stated in the Demand is not resolved to your satisfaction within such 10 business days, the Chipotle Rewards Dispute (1) will be resolved exclusively by final and binding arbitration administered by the American Arbitration Association (the "**Arbitrator**") and conducted before a sole arbitrator in accordance with the AAA Consumer-Related Disputes Supplementary Procedure effective September 15, 2005 (as may be amended) and as modified by the agreement to arbitrate in this paragraph; (2) this arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16; (3) the arbitration shall be held in Denver, Colorado; (4) the arbitrator's decision shall be controlled by these Chipotle Rewards Terms and any of the other agreements referenced herein that the applicable user may have entered into; (5) the arbitrator shall apply Colorado law, without regard to its choice of law or conflict of law rules or principles that would result in applying the law of any other jurisdiction, consistent with the FAA and applicable statutes of limitations, and shall honor claims of privilege recognized at law; (6) there shall be no authority for any claims to be arbitrated on a class or representative basis; arbitration can decide only your and/or the applicable Chipotle Rewards Entity's individual claims; the arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated; (7) the arbitrator shall not have the power to award punitive damages against you or any Chipotle Rewards Entity; (8) in the event that the administrative fees and deposits that must be paid to initiate arbitration against any Chipotle Rewards Entity exceed $125 USD, and you are unable (or not required under the rules of AAA) to pay any fees and deposits that exceed this amount, Chipotle agrees to pay them and/or forward them on your behalf, subject to ultimate allocation by the arbitrator. In addition, if you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, Chipotle will pay as much of your filing and hearing fees (but not attorney or other representation fees) in connection with the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive; and (9) with the exception of subpart (6) above, if any part of this arbitration provision is deemed to be invalid, unenforceable or illegal, or otherwise conflicts with the rules of AAA, then the balance of this arbitration provision shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal

or conflicting provision were not contained herein. If, however, subpart (6) is found to be invalid, unenforceable or illegal, then the entirety of this Arbitration Provision shall be null and void, and neither you nor the affected Chipotle Entity shall be entitled to arbitrate their dispute. If, for any reason, the American Arbitration Association is unable to conduct the arbitration, you may file your case with any national arbitration company.

**LIMITATIONS ON LIABILITY**

UNDER NO CIRCUMSTANCES SHALL THE CHIPOTLE ENTITIES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE CHIPOTLE REWARDS PROGRAM, EVEN IF ANY OR ALL OF THE CHIPOTLE ENTITIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, THEREFORE SUCH EXCLUSIONS MAY NOT APPLY TO YOU. IF A REGISTERED PARTICIPANT PROVES THAT CHIPOTLE HAS IMPROPERLY DENIED SUCH REGISTERED PARTICIPANT ANY REWARD, LIABILITY WILL BE LIMITED TO THE EQUIVALENT REWARD. BY PARTICIPATING IN THE CHIPOTLE REWARDS PROGRAM, A REGISTERED PARTICIPANT WAIVES ANY AND ALL RIGHTS TO BRING ANY CLAIM OR ACTION RELATED TO SUCH MATTERS IN ANY FORUM MORE THAN ONE (1) YEAR AFTER THE FIRST OCCURRENCE OF THE ACT, EVENT, CONDITION OR OMISSION UPON WHICH THE CLAIM OR ACTION IS BASED.

CONTACT SUPPORT

CAREERS

GIFT CARDS

ABOUT

Our Values                                    News and Events
Investors                                     Cultivate Foundation
Pizzeria Locale                               All Locations
Sustainability

CONNECT WITH US

  

DOWNLOAD OUR APP

 

California Transparency in Supply Chains Act

Terms of Use                                  Accessibility Statement

Privacy Policy                                © 2019 Chipotle Mexican Grill

DocuSign Envelope ID: 0DE6003C-B900-4015-A8E0-C9B46AF5447C

# EXHIBIT B

# CHIPOTLE REWARDS — TERMS AND CONDITIONS

### (LAST UPDATED FEBRUARY 9, 2020)

PLEASE READ THESE TERMS CAREFULLY. BY REGISTERING FOR, RECEIVING OR USING A CHIPOTLE REWARDS LOYALTY ACCOUNT OR OTHERWISE PARTICIPATING IN A CHIPOTLE REWARDS PROGRAM, YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS OF PARTICIPATION, INCLUDING WITHOUT LIMITATION, THE ARBITRATION AGREEMENT AND CLASS ACTION WAIVER INCLUDED BELOW, AND ANY ADDITIONAL TERMS INCORPORATED HEREIN BY REFERENCE. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT PARTICIPATE IN ANY CHIPOTLE REWARDS PROGRAM.

### GENERAL APPLICATION OF TERMS; PRIVACY

These Terms and Conditions of Participation (the "**Chipotle Rewards Terms**") apply to any access to and/or participation in the Chipotle rewards programs ("**Chipotle Rewards**") which are operated by CMG Strategy Co., LLC, on behalf of the Chipotle Mexican Grill group of affiliated companies (collectively, "**Chipotle**"). These Chipotle Rewards Terms do not alter in any way the terms or conditions of any other agreement you may have with Chipotle for other products and services, or the terms or conditions of any other promotional offers or programs conducted by Chipotle from time to time. Please read the Privacy Policy at **privacy-policy** carefully to understand how Chipotle collects, uses and discloses information about customers and how to update or change your personal information and how Chipotle communicates with you.

### ELIGIBILITY

Chipotle Rewards is open to legal residents of the 50 United States of America and Washington, D.C., Chipotle Rewards and earned loyalty points are intended for personal use only. Commercial use is prohibited. Chipotle Rewards is not targeted toward, nor intended for use by, anyone under the age of 13. If you are between the ages of 13 and 18, you may only participate in Chipotle Rewards under the supervision of a parent or legal guardian who agrees to be bound by these Chipotle Rewards Terms.

### HOW CHIPOTLE REWARDS WORKS

Participants in Chipotle Rewards may accumulate loyalty "points" that entitle the participant to Chipotle Rewards benefits, or "Rewards," at participating Chipotle restaurants in the United States and Washington D.C. Redemption of Rewards is subject to availability, and Rewards may not be redeemed in combination with other promotions, special offers, discounts or coupons. Loyalty points are awarded with each qualifying purchase in relation to the amount spent at participating U.S. Chipotle Mexican Grill restaurants. Purchases begin accumulating points upon the first presentation of a digital Chipotle Rewards account at the time of a qualifying purchase.

### HOW TO ENROLL

To enroll in Chipotle Rewards and begin accumulating points: (i) participants who have not created an account through the Chipotle mobile ordering app, must first create an account and agree to participate in Chipotle Rewards, which may at the participant's option include opting-in to receive marketing communications from Chipotle via e-mail or SMS or other text message communication (participants are not required to opt-in to receive marketing communications in order to participate in Chipotle Rewards); and (ii) participants who already have an account can join Chipotle rewards by following the "Join Now" in the Chipotle mobile ordering app.

Registration may require you to provide your first name, last name, username, password, email address (required in order to receive all eligible Rewards), and marketing preferences, and you may also elect to provide other information, including your mobile telephone number and birthday.

If you change your account address to one that is not located within the 50 United States or Washington D.C., your Chipotle Rewards account will be deactivated. Once deactivated, you will no longer be able to accumulate points or receive or redeem Rewards under your Chipotle Rewards account. Previously credited Rewards may also expire as described below.

You may only have one Chipotle Rewards account registered to you, and additional accounts in your name or otherwise controlled by you may be deactivated at Chipotle's sole discretion.

### ACCUMULATING POINTS

You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) at order.chipotle.com or via the Chipotle mobile ordering app. Points will not be awarded for purchases at order.chipotle.com if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these conditions in its sole discretion and only upon provision of a valid receipt by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit. In no event will Chipotle award points to any Chipotle Rewards account for more than (a) two purchases on one transaction date; (b) two purchases within one calendar week; or (c) four purchases within one calendar month.

In order to accumulate points, qualifying purchases must be paid in cash, with a valid debit or credit card, or with a valid Chipotle gift card; purchases using other currency or promotional offers (such as Burrito Bucks or redemption of a Reward) will only accrue points for the amounts paid in cash, if any. Qualifying orders must total at least $1.00 (excluding sales tax and subject to the other exclusions set forth in the next paragraph) in order to accumulate points. Each Chipotle Rewards participant account is limited to three qualifying purchases per day. Purchases of multiple menu items in a single transaction, may count as no more than one qualifying purchase.

Some exclusions apply. For example, purchases of alcoholic beverages or Chipotle gift cards (including activations or reloads) do not accumulate points. Taxes, tips, donations, and fees, including without limitation, delivery fees, bag fees and recycling deposits, will also be excluded from a purchase total when computing qualifying purchases. Purchases at Chipotle restaurants in the United Kingdom, France, Germany, and Canada, or at Pizzeria Locale or other restaurant concepts in which Chipotle has an interest, will not qualify toward accumulation of points, regardless of whether a Chipotle Rewards account is presented at the time of purchase.

If you void or cancel a qualifying purchase credited toward accumulation of points, Chipotle reserves the right to deduct the points associated with that purchase from your account.

## REWARDS

Generally, once a Chipotle Rewards participant accumulates points sufficient to qualify the participant for a Reward, the Reward will be automatically added to the participant's account within 48 hours. When a Reward is added to a participant's account, the associated points will be deducted from the account.

Rewards earned as a result of the accumulation of points (a "Base Reward") will be valid at participating Chipotle restaurants for one free, standard, regular-priced entrée item, subject to availability. Rewards earned in connection with challenges or other special promotions as part of Chipotle Rewards will be valid for additional offers as described in connection with such Rewards.

Except as otherwise provided in these Chipotle Rewards Terms or in the terms communicated in connection with any Reward, Rewards expire if not used within 60 days after they have been added to a participant's account. Redemption of Rewards is subject to availability of the selected Rewards at the time of redemption. A digital Reward coupon associated with a valid Chipotle Rewards account will be required to redeem any Reward.

Rewards may not be redeemed at Chipotle restaurants in the United Kingdom, Canada, France and Germany, or at Pizzeria Locale or other restaurant concepts in which Chipotle has an interest.

Rewards may be subject to additional terms, conditions, restrictions or limitations, which may be disclosed in association with any Rewards, or added to these Chipotle Rewards Terms from time to time.

## TRACKING YOUR ACCOUNT

Chipotle Rewards participants can view and track qualifying purchases and available Rewards by logging into participant's account at order.chipotle.com/account/login or via the Chipotle mobile ordering app.. Chipotle reserves the right to change the number of points required to earn Rewards and/or the benefits associated with one or more Rewards in its sole discretion at any time. Rewards points expire after six months of account inactivity, unless sooner terminated as a result of an account being deactivated as provided herein.

## SPECIAL OFFERS

In addition to Base Rewards, Chipotle may from time to time in its sole discretion make available to participants in Chipotle Rewards the ability to earn additional Rewards through special bonuses or other promotions, or to earn bonus points or other prizes or program benefits. The terms and conditions applicable to any such Rewards, challenges, promotions, prizes or benefits will be determined by Chipotle in its sole discretion and communicated to participants in conjunction with any such offers. Because any terms and conditions associated with any special offers under Chipotle Rewards may be different from or in addition to provisions of these Chipotle Rewards Terms, you should read any such special offer terms and conditions carefully before participating in any special offer.

## GUAC MODE BONUS

DocuSign Envelope ID: 0DE6003C-B909-4015-A8E0-C9B46AF5447C

Effective February 10, 2020, Chipotle may from time to time offer a "Guac Mode" promotion in which Chipotle Rewards members enrolled on or prior to February 20, 2020 may be entitled to periodic bonus offers of a free topping or side of guacamole with the purchase of a regular-priced entrée (a "Guac Mode Bonus Reward"). Guac Mode Bonus Rewards will be deposited in selected Chipotle Rewards accounts and will be subject to an expiration date that may be as soon as 1 day after being deposited in an account. Guac Mode Bonus Rewards are not valid on catering, Burritos by the Box, or orders placed via third party delivery platforms, and redemption is limited to participating U.S. Chipotle restaurants only and is subject to availability. Guac Mode Bonus Rewards may not be combined with other coupons, promotions, or special offers. Additional terms, conditions, limitations or restrictions may apply, and may be disclosed in association with any Guac Mode Bonus Reward, or added to these Chipotle Rewards Terms from time to time. Chipotle may discontinue or alter the terms of the Guac Mode promotion at any time.

### LIMITATIONS, RESTRICTIONS AND OTHER TERMS

Your digital Chipotle Rewards card, ID number, scannable code or other identifier associated with the Chipotle Rewards account and any accumulated Rewards are personal to you and may not be sold, transferred or assigned to, or shared with, family, friends or others, or used by you for any commercial purpose. You may have only one Chipotle Rewards account.

Chipotle's determinations of participant eligibility or any questions or disputes arising under the Chipotle Rewards Program, these Chipotle Rewards Terms or any other Chipotle Rewards program rules or restrictions shall be final and binding and not subject to challenge or appeal. Nothing in these Chipotle Rewards Terms will limit Chipotle from exercising any legal or equitable rights or remedies that it may have.

Without notice to you, Chipotle reserves the right to suspend any Chipotle Rewards card and/or terminate your account and/or your participation in Chipotle Rewards if Chipotle determines in its sole discretion that you have violated these Chipotle Rewards Terms, you have more than one Chipotle Rewards account, or that the use of your Chipotle Rewards account is unauthorized, deceptive, fraudulent, unlawful, or intentionally subverts the purposes of these Chipotle Rewards Terms. Chipotle may, in its sole discretion, suspend, cancel or combine accounts that appear to be duplicative. In the event that your participation in Chipotle Rewards is terminated, then all accumulated points and Rewards in your account are void.

There are no membership fees associated with Chipotle Rewards, although use of online services in conjunction with participation in Chipotle Rewards programs may result in data charges, internet access fees or similar expenses. Neither points nor Rewards accumulated under the program have any cash value, nor may they be redeemed for cash or sold, auctioned, bartered, brokered, purchased, transferred, assigned or used to engage in any gambling activity. Any Rewards obtained in this manner by any person or entity will be considered to have been fraudulently obtained and deemed void and such Rewards may be confiscated or cancelled.

Chipotle is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers, or providers, computer equipment, software, failure of any e-mail as a result of technical problems or traffic congestion on the Internet or at any website, or any combination thereof, including, without limitation, any resulting error in computing qualifying purchases or any unavailability of Rewards, or any injury or damage to any participant's or any other person's computer or mobile device related to or resulting from participation in Chipotle Rewards. If, for any reason, the Chipotle Rewards program is not capable of running as planned, including due to errors of any kind or nature, infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the control of Chipotle which corrupt or affect the administration, security, fairness, integrity or proper conduct of any Chipotle Rewards program, Chipotle reserves the right in its sole discretion to cancel, terminate, modify, or suspend the Chipotle Rewards program or otherwise respond to the circumstances as Chipotle deems appropriate.

### CHANGES TO CHIPOTLE REWARDS

Chipotle reserves the right to change, update and/or discontinue, in whole or in part, Chipotle Rewards or any portion of the program, all or any portion of these Chipotle Rewards Terms, and/or any policy, FAQ, guidelines or disclosures pertaining to Chipotle Rewards, at any time in its sole discretion and without advance notice to you or any other participants. Unless otherwise specified, any changes or modifications will be effective immediately upon posting the revisions to **our terms**, and you waive any right you may have to receive specific notice of such changes or modifications. If we change or modify the Chipotle Rewards Terms, we will revise the "last updated" date located at the top of these Chipotle Rewards Terms. Your participation in Chipotle Rewards confirms your acceptance of these Chipotle Rewards Terms and any such changes or modifications; therefore, you should review these Chipotle Rewards Terms and applicable policies and FAQs frequently to understand the terms and conditions that apply to Chipotle Rewards. If you do not agree to the Chipotle Rewards Terms, you must stop participating in Chipotle Rewards.

### DISPUTE RESOLUTION – ARBITRATION AGREEMENT AND CLASS ACTION WAIVER

You agree that any claim, controversy or dispute (whether in contract, tort, or otherwise) you may have at law or in equity against Chipotle, any related entity, or any of their respective officers, directors, employees or agents (all such individuals and entities collectively referred to herein as the "**Chipotle Rewards Entities**") arising out of or relating in any way to Chipotle Rewards, your participation in any Chipotle Rewards program, these Chipotle Rewards Terms or the scope or applicability of this agreement to arbitrate (each, a "**Chipotle Rewards Dispute**") will be resolved in accordance with the provisions set forth in the following paragraph. Please read this paragraph carefully. It affects your rights and will have a substantial impact on how Chipotle Rewards Disputes are resolved. You agree that whenever you have a Chipotle Rewards Dispute, you will send a written notice to Chipotle ("**Demand**"). You

agree that the requirements of this paragraph will apply even to disputes that may have arisen before you accepted these Chipotle Rewards Terms. You must send the Demand to the following address (the "**Notice Address**"): Chipotle Rewards Legal Disputes, 610 Newport Center Drive, Suite 1400, Newport Beach, California, 92660. You agree that you will not take any legal action, including filing a lawsuit or demanding arbitration, until 10 business days after you send a Demand. If the disagreement stated in the Demand is not resolved to your satisfaction within such 10 business days, the Chipotle Rewards Dispute (1) will be resolved exclusively by final and binding arbitration administered by the American Arbitration Association (the "**Arbitrator**") and conducted before a sole arbitrator in accordance with the AAA Consumer-Related Disputes Supplementary Procedure effective September 15, 2005 (as may be amended) and as modified by the agreement to arbitrate in this paragraph; (2) this arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16; (3) the arbitration shall be held in Denver, Colorado; (4) the arbitrator's decision shall be controlled by these Chipotle Rewards Terms and any of the other agreements referenced herein that the applicable user may have entered into; (5) the arbitrator shall apply Colorado law, without regard to its choice of law or conflict of law rules or principles that would result in applying the law of any other jurisdiction, consistent with the FAA and applicable statutes of limitations, and shall honor claims of privilege recognized at law; (6) there shall be no authority for any claims to be arbitrated on a class or representative basis; arbitration can decide only your and/or the applicable Chipotle Rewards Entity's individual claims; the arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated; (7) the arbitrator shall not have the power to award punitive damages against you or any Chipotle Rewards Entity; (8) in the event that the administrative fees and deposits that must be paid to initiate arbitration against any Chipotle Rewards Entity exceed $125 USD, and you are unable (or not required under the rules of AAA) to pay any fees and deposits that exceed this amount, Chipotle agrees to pay them and/or forward them on your behalf, subject to ultimate allocation by the arbitrator. In addition, if you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, Chipotle will pay as much of your filing and hearing fees (but not attorney or other representation fees) in connection with the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive; and (9) with the exception of subpart (6) above, if any part of this arbitration provision is deemed to be invalid, unenforceable or illegal, or otherwise conflicts with the rules of AAA, then the balance of this arbitration provision shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. If, however, subpart (6) is found to be invalid, unenforceable or illegal, then the entirety of this Arbitration Provision shall be null and void, and neither you nor the affected Chipotle Entity shall be entitled to arbitrate their dispute. If, for any reason, the American Arbitration Association is unable to conduct the arbitration, you may file your case with any national arbitration company.

## LIMITATIONS ON LIABILITY

UNDER NO CIRCUMSTANCES SHALL THE CHIPOTLE ENTITIES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE CHIPOTLE REWARDS PROGRAM, EVEN IF ANY OR ALL OF THE CHIPOTLE ENTITIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, THEREFORE SUCH EXCLUSIONS MAY NOT APPLY TO YOU. IF A REGISTERED PARTICIPANT PROVES THAT CHIPOTLE HAS IMPROPERLY DENIED SUCH REGISTERED PARTICIPANT ANY REWARD, LIABILITY WILL BE LIMITED TO THE EQUIVALENT REWARD. BY PARTICIPATING IN THE CHIPOTLE REWARDS PROGRAM, A REGISTERED PARTICIPANT WAIVES ANY AND ALL RIGHTS TO BRING ANY CLAIM OR ACTION RELATED TO SUCH MATTERS IN ANY FORUM MORE THAN ONE (1) YEAR AFTER THE FIRST OCCURRENCE OF THE ACT, EVENT, CONDITION OR OMISSION UPON WHICH THE CLAIM OR ACTION IS BASED.

CONTACT SUPPORT

CAREERS

GIFT CARDS

FUNDRAISING

ABOUT

| | |
|---|---|
| Our Values | News and Events |
| Investors | Health and Safety |
| Cultivate Foundation | Pizzeria Locale |
| All Locations | Sustainability |
| Do Not Sell My Information | |

CONNECT WITH US

  

DocuSign Envelope ID: 0DE6003C-B909-4015-A8E0-C9B46AF5447C

DOWNLOAD OUR APP

  

© 2020 Chipotle Mexican Grill

California Transparency in Supply Chains Act                    Terms of Use

Accessibility Statement                                        Privacy Policy

# EXHIBIT C

DocuSign Envelope ID: 0DE6003C-B002-4015-A8E0-C9B46A55447C

# CHIPOTLE TERMS OF USE

These Terms of Use ("Terms") govern your access to, and use of, the websites (each, a "Site" or "Website"), mobile applications, the mobile text program, third party messaging platforms, and online services or programs (collectively, the "Services") operated by or on behalf of the Chipotle Mexican Grill group of companies ("Chipotle") and on which these Terms appear. These Terms are a legal and binding agreement between you and Chipotle. Your use of the Services indicates your acceptance of these terms. Do not use the Services if you do not agree to be bound by these Terms.

Chipotle strives to ensure that the information contained on the Services is accurate and reliable. However, Chipotle and the Services are not infallible and errors may sometimes occur. Therefore, to the fullest extent permissible pursuant to the applicable law, Chipotle makes no representations about the reliability of the features of the Services, the Chipotle Content (defined below), Submitted Content (defined below), or any other Service feature. You acknowledge that any reliance on such material and/or systems will be at your own risk. Chipotle is not responsible for the information, data, text, or other materials that may appear in Submitted Content or may otherwise be submitted by users. Opinions expressed in Submitted Content do not necessarily reflect the opinions of Chipotle, and Chipotle does not endorse, and has no control over, Submitted Content. Submitted Content is not necessarily reviewed by Chipotle prior to posting and Chipotle makes no warranties, express or implied, as to the Submitted Content or to the accuracy and reliability of the Submitted Content. Chipotle makes no representations regarding the amount of time that any Chipotle Content or Submitted Content will be preserved.

The Services are provided on an "as is, as available" basis without any representation or warranty, express or implied, of any kind. To the fullest extent permitted by law, Chipotle hereby disclaims all warranties of any kind or nature, including, but not limited to, the implied warranties of merchantability, accuracy, non-infringement, and fitness for any particular purpose. Chipotle disclaims any and all liability for the acts, omissions, and conduct of any third-party service providers, partners, sponsors, licensors, licensees, and the like ("Providers") in connection with or related to your use of the Services and materials, programs, and features made available therein.

In no event shall Chipotle or any of Chipotle's Providers be liable to any person for damages of any kind under any legal theory, including, but not limited to, any direct, indirect, special, consequential, punitive, or other damages (lost profits, business interruption, or loss of information, programs, or data) resulting from your use or inability to use the Services, even if Chipotle has been advised of the possibility of such damages. Because some states do not permit the exclusion or limitation of certain damages, in such jurisdictions, liability is limited to the fullest extent permitted by such state law.

**INDEMNIFICATION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

You agree to indemnify, defend, and hold harmless Chipotle, its affiliates, its providers, and its officers, directors, employees, attorneys, and agents from and against any and all claims, damages, losses, costs (including reasonable attorneys' fees), and expenses that arise directly or indirectly out of or from: (1) your breach of these Terms; and/or (2) your activities in connection with the Services and/or materials, programs, and features made available therein.

**COMMUNICATING WITH CHIPOTLE**
The Services may give you the ability to contact Chipotle by electronic mail, for example, to sign up for services such as e-mail notifications and newsletters about Chipotle's products or to register for a particular sweepstakes or contest. The information that you provide to Chipotle through the Services is governed by **Chipotle's Privacy Policy**.

**CHIPOTLE PROPERTY**

DocuSign Envelope ID: 0DE6003C-B909-4015-A8E0-C9B46AF5447C

The Services contain many valuable trademarks owned and used by Chipotle throughout the world. These trademarks are used to distinguish Chipotle's quality products and services. The text, graphics, and html code contained on this Website and throughout the Services are the exclusive property of Chipotle ("Chipotle Content"). Chipotle Content is protected from reproduction and simulation under national and international laws and, except where otherwise noted, is not to be copied, distributed, displayed, reproduced, or transmitted in any form, by any means, without the prior express written consent of Chipotle.

**USER-SUBMITTED CONTENT**
Certain areas of the Services be enable you to submit remarks, ideas, images, photos, suggestions, graphics, and/or other materials and content ("Submitted Content"). You acknowledge that you are responsible for whatever material you submit, and you, not Chipotle, have full responsibility for the message, including its legality, reliability, appropriateness, originality, and copyright. By posting, displaying, publishing, or otherwise submitting Submitted Content on or through the Services, you understand and acknowledge that any materials, ideas, or other communications you transmit will not be treated as confidential or proprietary. Furthermore, such Submitted Content will forever be the property of Chipotle and Chipotle is entitled to use the Submitted Content for any commercial or other purpose whatsoever without compensation to you.

**ONLINE PURCHASES**
To purchase food products, merchandise, or other items through the Services, you must provide valid payment card and billing information. Such information will be collected by Chipotle. Your information will be collected and used in accordance with Chipotle's Privacy Policy. When you purchase items through the Services, prices will be made clear during the order process. You agree to pay the price that is stated at the time of your order, as well as any applicable taxes. You also agree to have your payment card billed for the total amount displayed at check out. By purchasing items through the Services, you represent and warrant to Chipotle that you are capable of entering into a contract under the applicable law.

**WEBSITE ACCESS**
Chipotle hereby grants you permission to use the Services as set forth in these Terms, provided that: (i) your use of the Services as permitted is solely for your personal, noncommercial use; (ii) you will not copy or distribute any part of the Services in any medium without Chipotle's prior written authorization; (iii) you will not alter or modify any part of the Services other than as may be reasonably necessary to use the Services for their intended purpose; and (iv) you will otherwise comply with these Terms.

In order to access some features of the Services, you will have to create an account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. Although Chipotle will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Chipotle or others due to such unauthorized use.

**HYPERLINKS**
The Services may link to sites not maintained by or related to Chipotle. Hypertext links are provided as a service to users and are not necessarily sponsored by or affiliated with the Services or Chipotle. Chipotle has not necessarily reviewed the sites hyperlinked to or from the Services and is not responsible for the content of any other site. These links are to be accessed at the user's own risk. Chipotle makes no representations or warranties about the content, completeness, or accuracy of these links or the sites hyperlinked to or from the Services. Furthermore, Chipotle does not implicitly endorse third-party sites hyperlinked to or from this Website.

**TEXT MESSAGING NOTICE**

DocuSign Envelope ID: 0DE6003C-B002-401F-A8E0-C9B46AF5447C

If you choose to participate in any Chipotle promotion that may involve the use of text messaging (either sending or receiving), Chipotle will not charge you for the text messaging; however, standard text messaging rates will apply to each text message sent or received as provided in your wireless rate plan (contact your carrier for pricing plans and details).

**MOBILE TERMS & CONDITIONS**
**MOBILE ALERTS**

1. You must be 13 years of age or older to participate in the Chipotle mobile text program.
2. By participating in the Chipotle mobile text program and signing up for mobile offers and text updates, you consent to receive future recurring automated marketing text messages to the mobile number provided from or on behalf of Chipotle. You also acknowledge that your agreement to receive these messages isn't required as a condition of purchase.
3. Message and data rates may apply. All charges are billed by and payable to your mobile service provider. Chipotle does not charge you for sending or receiving text messages to 888222.
4. If you would like to be removed from the Chipotle mobile text program, you must text STOP to 888222 (U.S.) or 888333 (Canada) to opt-out. This is the exclusive method for opting out. After texting STOP to 888222 you will receive one additional message confirming that your request has been processed.
5. Chipotle reserves the right to remove subscribers from our messaging database at our discretion. For more information, reply "HELP" to 888222 (U.S.) or 888333 (Canada) or contact us **here**.
6. In the event that you change or deactivate your mobile number it is your responsibility to notify Chipotle **here** to have your number removed.
7. Chipotle will not be liable for any delays in the receipt of any SMS messages or undelivered messages. T-Mobile policies require that we specify that T-Mobile, also, will not be liable for any delays in the receipt of any SMS messages or undelivered messages.
8. Data obtained from you in connection with this SMS service may include your cell phone number, your carrier's name, the date, time and content of your messages and other information you provide to us as part of this service. We may use this information to contact you and to provide the services you request from us.
9. These terms and conditions are subject to change at any time without notice.

**VIOLATION OF THESE TERMS AND REMEDIES**
You agree that Chipotle may, in its sole discretion and without prior notice, block and/or terminate your access to the Services if Chipotle determines that you have violated these Terms or other agreements or guidelines that may be associated therewith. You also agree that any violation, or threatened violation, by you of these Terms constitutes an unlawful and unfair business practice, and will cause irreparable and unquantifiable harm to Chipotle. You also agree that monetary damages would be inadequate for such harm and consent to Chipotle's obtaining any injunctive or equitable relief that Chipotle deems necessary or appropriate. These remedies are in addition to any other remedies that Chipotle may have at law or in equity.

If Chipotle takes legal action against you as a result of your violation of these Terms, Chipotle will be entitled to recover from you, and you agree to pay, all reasonable attorneys' fees and costs of such action, in addition to any other relief granted to Chipotle. You agree that Chipotle will not be liable to you or to any third party for termination of your access to the Services, mobile app, programs, and/or services as a result of any violation of these Terms.

**GOVERNING LAW AND JURISDICTION**
These Terms are governed by United States law and are subject to all applicable federal, state, and local laws and regulations. All issues and questions concerning the construction, validity, interpretation, and enforceability of these Terms, or the rights and obligations of you or Chipotle in connection with your use of the Services or your Submitted Content, shall be governed by, and construed in accordance with, the laws of the State of Colorado, without giving effect to the conflict of laws rules thereof.

## DISPUTE RESOLUTION, ARBITRATION CLAUSE AND CLASS ACTION WAIVER

You agree that any claim or dispute at law or equity that has arisen or may arise relating in any way to or arising out of these Terms will be resolved in accordance with the provisions set forth in this Dispute Resolution section. PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED.

You agree that whenever you have a disagreement with Chipotle arising out of, connected to, or in any way related to these Terms, you will send a written notice to Chipotle ("Demand"). You agree that the requirements of this Dispute Resolution section will apply even to disagreements that may have arisen before you accepted these Terms. You must send the Demand to the following address (the "Notice Address"): Legal Department, Chipotle Mexican Grill c/o CMG Strategy Co., LLC, 610 Newport Center Dr., Suite 1300, Newport Beach, CA 92660. You agree that you will not take any legal action, including filing a lawsuit or demanding arbitration, until 20 business days after you send a Demand. If the disagreement stated in the Demand is not resolved to your satisfaction within 10 business days after it is received, and you intend on taking legal action, you agree that you will file a demand for arbitration with the American Arbitration Association (the "Arbitrator"). This arbitration provision limits the ability of you and Chipotle to litigate claims in court and you and Chipotle each agree to waive your respective rights to a jury trial or a state or federal judge. There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow these Terms as a court would. You agree that you will not file any lawsuit against Chipotle in any state or federal court. You agree that if you do sue in state or federal court, and Chipotle brings a successful motion to compel arbitration, you must pay all fees and costs incurred by Chipotle in court, including reasonable attorney's fees. For any such filing of a demand for arbitration, you must effect proper service under the rules of the Arbitrator and notice to the Notice Address may not be sufficient. If, for any reason, the American Arbitration Association is unable to conduct the arbitration, you may file your case with any national arbitration company. The Arbitrator shall apply the AAA Consumer-Related Disputes Supplementary Procedure effective September 15, 2005 (as may be amended) and as modified by the agreement to arbitrate in this Dispute Resolution section. You agree that the Arbitrator will have sole and exclusive jurisdiction over any dispute you have with Chipotle. The Federal Arbitration Act allows for the enforcement of arbitration agreements and governs the interpretation and enforcement of the agreement to arbitrate.

You agree that you will not file a class action or collective action against Chipotle, and that you will not participate in a class action or collective action against them. You agree that you will not join your claims to those of any other person. Notwithstanding any other provision in these Terms, if this class action waiver is invalidated, then the agreement to arbitrate is null and void, as though it were never entered into, and any arbitration dispute at that time will be dismissed without prejudice and may be refiled in a court. Under no circumstances do you or Chipotle agree to class or collective procedures in arbitration or the joinder of claims in arbitration. Chipotle agrees that we will submit all disputes with you to arbitration before the Arbitrator.

### MISCELLANEOUS

These Terms constitute the entire agreement between you and Chipotle and govern your use of the Services and supersede all prior or contemporaneous communications and proposals whether electronic, oral or written, between you and Chipotle with respect to the Services. Both you and Chipotle acknowledge and agree that no partnership is formed and neither you nor Chipotle has the power or the authority to obligate or bind the other.

The failure of Chipotle to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. If any provision of these Terms is found by a court of competent jurisdiction to be invalid or unenforceable, the parties nevertheless agree that the court should endeavor to give effect to the parties' original intentions as reflected in the provision, and the other provisions of the Terms shall remain in full force and effect.

The failure of Chipotle to comply with these Terms because of an act of God, war, fire, riot, terrorism, earthquake, actions of federal, state, or local governmental authorities, or for any other reason beyond the reasonable control of Chipotle shall not be deemed a breach of this agreement. If Chipotle fails to act with respect to your breach or anyone else's breach on any occasion, Chipotle is not waiving its right to act with respect to future or similar breaches.

The headings in these Terms are for your convenience and reference. These headings do not limit or affect this agreement.

If any provision of these Terms shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from these Terms and shall not affect the validity and enforceability of any remaining provisions.

**BINDING AGREEMENT**

These Terms constitute a binding agreement between you and Chipotle, and are accepted by you upon your use of the Services. This agreement constitutes the entire agreement between you and Chipotle regarding the use of the Services and the features therein and supersedes and replaces any prior agreements between you and Chipotle regarding the use of the Services. By using the Services, you represent that you are capable of entering into a binding agreement, and that you agree to be bound by these Terms.

# EXHIBIT D



