UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH HOPKINS, JR., on behalf of
himself and all others similarly situation,

    Plaintiff,

v.                                    Case No.: 8:21-cv-00646

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.
_____/

**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*John Dundon v. Chipotle Mexican Grill, Inc.*
U.S. District Court
Northern District of New York – Main Office (Syracuse)
Civil Case No: **3:21-cv-00236-MAD-ATB**

_____ IS NOT related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

1

Dated: June 8, 2021 Respectfully Submitted,

/s/ D. Michael Campbell
D. Michael Campbell
FL Bar No. 0650188
**CAMPBELL LAW**
PO Box 24358
Lakeland, FL 33801
Telephone: (863) 227-4315
Fax: (863) 213-4581
Email: *dmcampbell@campbelllaw.com*

Robert K. Shelquist
Admitted PHV/MN Bar No. 21310X
Craig S Davis
Admitted PHV/MN Bar No. 14892
**Lockridge Grindal Nauen PLLP**
100 Washington Ave. South, Ste 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
Email: *rkshelquist@locklaw.com*
*csdavis@locklaw.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ D. Michael Campbell*
Attorney