UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENNETH HOPKINS, JR ,**

    **Plaintiff,**

v.                                                                     Case No: 8:21-cv-646-MSS-AEP

**CHIPOTLE MEXICAN GRILL, INC.,**

    **Defendant.**

<u>**ORDER OF DISMISSAL WITHOUT PREJUDICE**</u>

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 41) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter.

The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 3rd day of November, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party